**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division**

BODYGUARD PRODUCTIONS, INC.
                                         Plaintiff,

v.                                       Case No.: 1:17−cv−07671
                                         Honorable John Robert Blakey

DOES 1−21, et al.
                                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2018:

    MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 1/17/2018 and continued to 3/20/2018 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.