UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

BODYGUARD PRODUCTIONS, INC.
                                        Plaintiff,
v.                                      Case No.: 1:17−cv−07671
                                        Honorable John Robert Blakey
Doe No. 5, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 13, 2018:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of Plaintiff's notice of voluntary dismissal [36], all remaining Doe defendants are dismissed without prejudice. Plaintiff consents to the Court closing this case. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.